Richard L. Antognini, Esq. (Cal. Bar No. 075711)
Law Office of Richard L. Antognini
2485 Notre Dame Blvd., Suite 370, #45
Chico, California 95928-7167
Tel: (916) 295-4896
Email: rlalawyer@yahoo.com

Anthony R. Mordente (NY Reg. No. 1847516) (Pro hac vice)
Mordente Law Firm, LLC
160-29 Union Turnpike
Fresh Meadows, New York 11366-1937
Tel: (718) 969-9200
Email: amordente@mordentelaw.com

*Counsel for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA|SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>    ALLANA BARONI,<br><br>        Debtor<br>_____<br><br>ALLANA BARONI AND JAMES BARONI (individually and on behalf of the United States),<br><br>        Plaintiffs,<br><br>v.<br><br>DAVID SEROR (personally, and in his capacity as Chapter 7 Trustee); BRUTZKUS GUBNER; BG LAW LLP; LIBERTY MUTUAL INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; WELLS FARGO BANK N.A.; SEVERSON & WERSEN A Professional Corporation; and DOES 1-50.<br><br>        Defendants. | Bankr. Case No. 1:12-bk-10986-MB<br>Adv. Proc. Case No. 1:24-ap-01059<br><br><br><br><br><br>NOTICE OF PLAINTIFFS' MOTION TO WITHDRAW THE REFERENCE UNDER 28 U.S.C. §157(d) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 5011 PENDING IN THE U.S. DISTRICT COURT |

**PLEASE TAKE NOTICE:** That on November 4, 2024, Plaintiffs filed a Motion to Withdraw the Reference Under 28 U.S.C. §157(d) and Federal Rule of Bankruptcy Procedure 5011, in the United States District Court for the Central District of California as Doc. 1 U.S. in Case No. 2:24-cv-09537-MWF (the "Motion"). The Motion concerns the adversary proceeding filed in the bankruptcy court by Plaintiffs on November 4, 2024 (Doc. 1 in Adv. Proc. Case No. 1:24-ap-01059-MB, the "Complaint").

On November 5, 2024, the Honorable Martin R. Barash was served with the Motion.

On December 2, 2024, the District Court set the following briefing schedule for the Motion:

- Opposition to the Motion shall be filed no later than January 13, 2025.
- Reply in support of the Motion shall be filed no later than January 27, 2025. The Motion will then be taken under submission, unless the Court determines that a hearing is needed.

On December 5, 2024, Defendants David Seror (personally, and in his capacity as Chapter 7 Trustee); Brutzkus Gubner; BG Law LLP, and purportedly Liberty Mutual Insurance Company, filed a Motion to Dismiss the Complaint.

The Motion to Dismiss the Complaint should not be set for hearing until the Motion is decided in the District Court.

Dated: December 9, 2024        LAW OFFICE OF RICHARD L. ANTOGNINI
/s/ Richard L. Antognini
_____
Richard L. Antognini, Esq.
*Attorneys for Plaintiffs*

MORDENTE LAW FIRM, LLC
/s/ Anthony R. Mordente
_____
Anthony R. Mordente, Esq.
*Attorneys for Plaintiffs*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2485 Notre Dame Blvd., Suite 370, #45; Chico, California 95928-7167

A true and correct copy of the foregoing document entitled (*specify*): Notice Of Plaintiffs' Motion To )Withdraw The Reference  )Under 28 U.S.C. §157(D) And )Federal Rule Of Bankruptcy )Procedure 5011 Pending In The )U.S. District Court will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 9, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
David Seror dseror@bg.law, csalszar@bg.lw; C133@ecfcbis.com, mgalvan@bg.law
Jason Komorsky jkomorsky@bg.law

**2. SERVED BY UNITED STATES MAIL**:
On December 9, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Severson & Werson, PC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

United States Fire Insurance Company
305 Madison Avenue
Morristown, NJ 07960

Wells Fargo Bank N.A
Ellen R. Patterson
General Counsel
420 Montgomery St,
San Francisco, CA 94111

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy Less Than 25 Pages Not Required (General Order 23-01)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/09/2024 | Janice Hall | /s/ Janice Hall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**