1 | STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
2 | SUSAN K. SEFLIN – Bar No. 213865
JESSICA L. BAGDANOV – Bar No. 281020
3 | BG LAW LLP
21650 Oxnard Street, Suite 500
4 | Woodland Hills, CA 91367
Telephone:  (818) 827-9000
5 | Facsimile:  (818) 827-9099
Email:      sgubner@bg.law
6 |          jkomorsky@bg.law
          sseflin@bg.law
7 |          jbagdanov@bg.law

8 | Attorneys for David Seror, Chapter 7 Trustee

**FILED & ENTERED**

**FEB 25 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fisherl    DEPUTY CLERK**

**CHANGES MADE BY COURT**

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **SAN FERNANDO VALLEY DIVISION**

12 | In re

13 | ALLANA BARONI,

14 |              Debtor.

15 |

16 | ALLANA BARONI AND JAMES BARONI
(individually and on behalf of the United States),

17 |

18 |              Plaintiff,

19 | v.

20 | DAVID SEROR (personally, and in his capacity
as Chapter 7 Trustee); BRUTZKUS GUBNER,
21 | LLP; BG LAW LLP; WELLS FARGO, BANK
N.A.; SEVERSON & WERSEN, a professional
22 | corporation; LIBERTY MUTUAL INSURANCE
COMPANY; UNITED STATES FIRE
23 | INSURANCE COMPANY, and DOES 1-50,

24 |              Defendants.

Case No. 1:12-bk-10986-MB

Chapter 7

Adv. No. 1:24-ap-01059-MB

**ORDER SETTING ASIDE CLERK'S
DEFAULT**

<u>Hearing Held:</u>
Date:  February 5, 2025
Time:  2:30 p.m.
Place:  Via ZoomGov

3034124

1    On February 5, 2025, at 2:30 p.m., a hearing was held before this Court, the Honorable

2 Martin R. Barash, United States Bankruptcy Judge, presiding, regarding the *Motion to Set Aside*

3 *Clerk's Default* [Adv. Doc. No. 45] (the "Motion") filed by defendant United States Fire Insurance

4 Company ("US Fire").  Jason B. Komorsky appeared on behalf of US Fire. Richard Antognini

5 appeared on behalf of plaintiffs Allana Baroni and James Baroni (together, the "Plaintiffs").

6    The Court, having reviewed and considered the Motion, the opposition [Adv. Doc. No. 61]

7 filed on behalf of the Plaintiffs, and US Fire's reply thereto [Adv. Doc. 69],  having considered the

8 arguments and representations of counsel at the hearing and the other matters which the Court may

9 properly take judicial notice, and for the reasons stated on the record which findings and conclusions

10 are incorporated herein by this reference, and after due deliberation and sufficient cause appearing

11 therefor,

12    IT IS HEREBY ORDERED:

13    1.    The Motion is GRANTED and the clerk's default [Adv. Doc. 37] against US Fire is

14 hereby set aside.

15    *2.    US Fire's deadline to file a response to the complaint is 14-days from the entry of this*

16 *Order.*

17    IT IS SO ORDERED.

18                    ###

19

20

21

22

23

Date: February 25, 2025

24                    _____
                    Martin R Barash
25                    United States Bankruptcy Judge

26

27

28

2

3034124