| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard L. Antognini (Cal. Bar No. 075711)<br>Law Office of Richard L. Antognini<br>2485 Notre Dame Blvd., Suite 370, #45<br>Chico, California 95928-7167 \|Tel: (916) 295-4896<br>Email: rlalawyer@yahoo.com<br><br>Anthony R. Mordente<br>(NY Reg. No. 1847516) (Pro hac vice)<br>Mordente Law Firm, LLC<br>Tel: (718) 969-9200<br>Email: amordente@mordentelaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Allana Baroni<br><br>Debtor(s). | CASE NO.: 1:12-bk-10986-MB<br>ADVERSARY NO.: 1:24-ap-01059-MB<br>CHAPTER: 7 |
|---|---|
| Allana Baroni et.al.;<br><br>vs.<br><br>David Seror et.al.;<br><br>Plaintiff(s).<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 02/27/2025<br>TIME: 2:30pm<br>COURTROOM:<br>ADDRESS: Via Zoom.gov or<br>21041 Burbank Boulevard, Courtroom 303<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

   Plaintiffs: 2). Defendant U.S. Fire Insurance Company has not entered a responsive pleading. Defendant BG Law testified that a company called Amynta Group which is not a defendant in this case, instructed BG Law to file a motion to dismiss which BG Law has characterized as a motion to dismiss on behalf of U.S. Fire Insurance Company. 3). Defendants have filed four motions to dismiss as Docs. 23,71,77, and 82. The motions filed as Docs. 23, 71, and 77 are set for hearing on February 27, 2025 at 2:30pm. The Doc. 82 motion to dismiss has not been set for hearing. 4). Plaintiffs have requested Defendants availability to meet and confer. No date has been set. Previously, Defendants have been extremely hostile toward all discovery efforts by Plaintiffs, and therefore Plaintiffs don't expect Defendants to participate until after their Motions to Dismiss have been decided.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                                 <u>Defendant</u>

   There is currently a Motion to Withdraw the Reference of this Adversary Proceeding pending in the U.S. District Court. If granted it is unclear how the USDC's schedule will impact the readiness for trial

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                                 <u>Defendant</u>

   See item A.(5.)(3.) and
   Item B.(1.) above

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                                 <u>Defendant</u>

   If Defendants cooperate in discovery then Plaintffs require 4 months to conduct discovery. If Defendants are uncooperative then more time is required

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                                 <u>Defendant</u>

   Discovery has not yet commenced

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>                                                                 <u>Defendant</u>

   Unlcear at this time, discovery has not yet commenced.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>                                                                 <u>Defendant</u>

   Unclear at this time, discovery has not yet commenced.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unclear at this time, discovery has not yet commenced. | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) _____ | (*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Plaintiff: there have been no settlement efforts.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
    If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☐ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff |  Defendant |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☒ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff: On November 4, 2024, Plaintiffs filed a Motion to Withdraw the Reference (of this Adversary Proceeding) Under 28 U.S.C. §157(d) and Federal Rule of Bankruptcy Procedure 5011, in the United States District Court for the Central District of California as Doc. 1 in USDC Case No. 2:24-cv-09537-MWF. As of the time of the filing of this status report the U.S. District Court has not entered its decision.

In the event the U.S. District Court does not withdraw the reference of the Adversary Proceeding to the Bankruptcy Court, Plaintiffs' position is that they will not receive fair pre-trial treatment or a fair trial with Judge Barash presiding, and therefore on February 24, 2025, Plaintiffs filed their Motion For Disqualification Of The Hon. Martin R. Barash Pursuant To 28 U.S.C. §455, as Doc. 91.

On February 24, 2025, Plaintiffs filed a Motion to Continue the February 27, 2025 hearings on Defendants' Motions to Dismiss this Adversary Proceeding filed as Docs. 23, 71,and 77 while the Motions to Withdraw the Reference and Disqualification are pending, as Doc. 90.

On Febraury 24, 2025, this joint stipulation was distributed to opposing counsel with a request to meet and confer in compliance with LBR 7026-1 and question 4 above. Only attorney Justin Balser responded by requesting copies of the other attorneys' responses. At the time of the filing of this report, opposing counsel has not provided their responses. Plaintiffs assume opposing counsel is simply waiting for the deicsions on their pending motions to dismiss prior to participating in the joint stipulation or LBR 7026-1 conference.

Respectfully submitted,

| | |
|---|---|
| Date: 02/26/2025 | Date: _____ |
| Law Office of Richard Antognini | _____ |
| Printed name of law firm | Printed name of law firm |
| | |
| /s/ Richard Antognini | _____ |
| Signature | Signature |
| | |
| Richard Antignini | _____ |
| Printed name | Printed name |
| | |
| Attorney for: Plaintiffs | Attorney for: _____ |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 4                                    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2485 Notre Dame Blvd., Suite 370, #45; Chico, California 95928-7167

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/26/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
David Seror dseror@bg.law, csalszar@bg.lw; C133@ecfcbis.com, mgalvan@bg.law
Jason Komorsky jkomorsky@bg.law
Adam Barash anb@severson.com
Justin Balser justin.balser@troutman.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/26/2025 | Janice Hall | /s/ Janice Hall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.